

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2015

No. 04-15-00285-CV

**IN THE INTEREST OF J.L., J.L. AND J.L.,** children,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-00467
Honorable David A. Canales, Judge Presiding

## O R D E R

On May 8, 2015, Appellants filed a notice of appeal and an affidavit of indigence. Appellees and others challenged the affidavit, and on May 28, 2015, the trial court held a hearing to address the contest. *See* TEX. R. APP. P. 20.1. The trial court found that James Dwight Lowe Sr. is not indigent and ordered him to pay all costs on appeal. *See id.* R. 20.1(n) (defining costs).

On June 5, 2015, Appellant James Dwight Lowe Sr. filed an affidavit of indigence in this court. Thereafter, the Chief Staff Attorney for the Bexar County Civil District Courts provided this court with copies of the trial court's May 28, 2015 order on the indigence contest.

Given the trial court's determination that Appellant is not indigent, we order Appellant to pay costs of this appeal, including the $195.00 and $10.00 filing fees, and the costs to prepare the clerk's and reporter's records. *See id.*

**If Appellant fails to pay the filing fees and the cost to prepare the clerk's record within ten days of the date of this order, this appeal may be dismissed.** *See id.* R. 5, 42.3; *In re W.J.C.*, No. 04-05-00532-CV, 2005 WL 3477883, at *1 (Tex. App.—San Antonio Dec. 21, 2005, no pet.) (mem. op.).

Appellant must also file a docketing statement. *See* TEX. R. APP. P. 32.1. The docketing statement must be filed within ten days of the date of this order. *See id.*; 4TH TEX. APP. (SAN ANTONIO) LOC. R. 5.2, *available at* http://www.txcourts.gov/4thcoa/practice-before-the-court/local-rules.aspx.

All other appellate deadlines are suspended pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2015.

Keith E. Hottle
Clerk of Court